**No. 09-1466. Metlakatla Indian Community, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5941.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 583 F.3d 785.